# EXHIBIT D

**Protective Life Insurance Company**
Life and Health Insurance Administration
PO Box 12687
Birmingham, AL 35202-6687



**Protective.**
Life Insurance Company

POLICY NO.:  H00330404

INSURED'S NAME:  Bobbie J Hughes

OWNER'S NAME:  Bobbie J Hughes

---

### Change of Beneficiary

I (we) hereby request that all previous beneficiary designations and directions for settlement of this policy be cancelled and that the proceeds of said policy upon the death of the insured be paid, in one sum, unless otherwise provided herein  or in said policy, as follows:

**PRIMARY BENEFICIARY: (Print full names and relationships to the insured)**

| Name | SSN/Tax ID | DOB | Address/Phone # | Relationship | % | Trust Date, If Applicable |
|------|-----------|-----|-----------------|--------------|---|---------------------------|
| 1. CHARMA HASKINS | Redacted | | 117 GLENGERRY DR PELHAM, AL 35124 | Mom Daughter | 15,000.00 | |
| 2. Antonio Hughes | Redacted | | 901-415-9037 | SON | 15,000.00 | |
| 3. Taquita Reynolds | Redacted | | 205-834-7268 | Neice | 10,000.00 | |
| 4. WALTER Keith Baxter | Redacted | | 901-828-7194 | | 10,000.00 | |

**If more than one primary beneficiary is named, use percentages to indicate how proceeds are to be paid.** If there are no percentages indicated, payment will be in equal shares to the surviving primary beneficiary(s). If there are no surviving primary beneficiary(s) , then the proceeds will be paid to the contingent beneficiary(s).
If a beneficiary is a minor at the time of death of the insured, it may be necessary to delay the payment of the death benefit until a court appoints a guardian of the estate of the minor. Before naming a minor as beneficiary, we recommend you consult an attorney about options, such as creating and naming a trust, making a designation under your state's Uniform Transfers to Minors Act, or other beneficiary designations.

### CONTINGENT BENEFICIARY: (Print full names and relationships to the insured)

| Name | SSN/Tax ID | DOB | Address/Phone # | Relationship | % | Trust Date, If Applicable |
|------|-----------|-----|-----------------|--------------|---|---------------------------|
| ERROR B.H. | | | | | | |

00371

**If more than one contingent beneficiary is named, use percentages to indicate how proceeds are to be paid.**
If there are no percentages indicated, payment will be in equal shares to the surviving contingent beneficiary(s). If there are no surviving contingent beneficiary(s) , then the proceeds will be paid to the executors, administrators, or assigns of the owner.

☐ **DAY COMMON DISASTER CLAUSE IS REQUESTED** ( M aximum of 30 days): If any beneficiary shall die simultaneously with the Insured or not be living on the _____ day following the death of the Insured, payment shall be made to the beneficiary(s) as if such beneficiary so dying had not survived the Insured.

SVC-102-PL

051518 1412206

**Protective Life Insurance Company**
Life and Health Insurance Administration
PO Box 12687
Birmingham, AL 35202-6687


**Protective.**
Life Insurance Company

POLICY NO.: H00330404          INSURED'S NAME:   Bobbie J Hughes

## SIGN HERE FOR CHANGE OF BENEFICIARY REQUEST(S)

Protective Life Insurance Company agrees that, if the policy requires endorsement or amendment for the requested change of beneficiary, recording and mailing a copy of this form will constitute such endorsement or amendment.

_____          _____  5-10-18
Witness                                                  Owner's Signature                    Date
                                                         (provide title if officer of corporation)
                                                         5854- STEFFANi DR.
                                                         SouthAven, MS, 38671
Owner Current Address
                                                         901- 574- 7707
                                                         Owner Daytime Telephone

_____          _____
Witness                                                  Owner's Signature                    Date
                                                         (provide title if officer of corporation)

                                                         _____
                                                         Owner Current Address

                                                         _____
                                                         Owner Daytime Telephone

Protective Life Insurance Company has approved and recorded the change requested above on

_____

_____          _____
            Registrar                                         Assistant Vice President

00372

051518 14:12:06

SVC-102-PL

SVC-102-PL

**Protective Life Insurance Company**
Life and Health Insurance Administration
PO Box 12687
Birmingham, AL 35202-6687



**Designation Information:**
Beneficiary - All beneficiary changes MUST include the designation of a primary beneficiary. Even if you only want to change the contingent beneficiary, you must confirm the primary beneficiary. If you wish to designate more than five individuals as primary or contingent beneficiaries, attach a signed and dated sheet listing the additional beneficiaries including all details requested in this form and identifying their role as a primary or contingent beneficiary.

Custodian under the Uniform Transfers to Minors Act (UTMA) acting for a minor beneficiary (Note: Only one Custodian per minor beneficiary)

Name of Custodian as Custodian for Name of Minor under the State UTMA Phone Number  Permanent Address of Custodian City State Zip SS#
**Designation information**
Corporate, Partnership, Trust Owned
Please sign as shown below:
**Trust Owned:** Signatures, followed by the word "Trustee", of all required Trustees.
**Corporate/Partnership Owned:** Signature and title of one authorized officer (other than Insured)
**Limited Liability Company (LLC):** Signature and title of one authorized individual (other than Insured)
**Sole Proprietorship Owned:** Signature of Owner, followed by the title "Sole Owner"

If the beneficiary is changing to a trust, please submit a copy of the Certificate of Trust or the Trust Agreement.

Any designation referencing children of the Insured shall be construed to mean such lawful (including those living, born later or legally adopted) children of the Insured as shall survive the Insured, unless otherwise limited by me in this request.

**Please choose your delivery method below:**
By receiving your confirmation via secure email, you avoid the delay in the time to receive via US Mail and the possibility of it being lost in the mail. You do not have to have an online account with a user ID on Protective.com in order to receive email confirmation. It is sent directly to you via secure email encryption.

If our email acknowledgement is returned undeliverable or if you elect not to provide your email address, the acknowledgement will be sent via US Postal Service First Class Mail to the address of record.

Email: _____

If you wish to receive our acknowledgement via fax, please provide your fax number, including the area code.
Fax Number including area code:___(_____)_____

**SIGNATURE REQUIREMENTS**
1. Please complete the forms in BLACK ink to ensure that they are legible for processing.
2. If the Policy is assigned, the Assignee does not have to sign.
3. If the Owner resides in a Community Property State, we recommend that the Owner's spouse join in signing this form. This is for the protection of both parties.
4. If the Policy is owned by a partnership, association or company, this form should be signed by an officer other than the Insured.
5. If the Policy is owned by a corporation, this form must be signed by an officer other than the Insured and that signature must be attested by the Secretary of the corporation or two officers should sign. If there is only one corporate officer, please advise us on this form.
6. Signatures must be witnessed by a disinterested party of legal age.

Policy H00330404 - Request for Change of Beneficiary - Page 3 of 3 (**Must accompany previous pages**)
SVC-102-PL

00373

051518 14:12:06

SVC-102-PL