IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

PROTECTIVE LIFE INSURANCE COMPANY            PLAINTIFF

V.            CIVIL ACTION NO. 3:18CV269-NBB-JMV

CHARMA HUGHES HASKINS,
ANTONIO HUGHES,
TAQUITA REYNOLDS,
AND WALTER BAXTER            DEFENDANTS

## ORDER APPROVING STIPULATION FOR DEPOSIT OF FUNDS, FINAL JUDGMENT OF INTERPLEADER, AND DISCHARGE

This matter is before the Court on the parties' Stipulation for Deposit of Funds, Final Judgment of Interpleader, and Discharge ("Stipulation"). Based upon the Stipulation,

IT IS HEREBY ORDERED:

1. The Stipulation is approved.

2. Within ten (10) business days from the date of entry of this Order, Protective Life Insurance Company ("Protective") shall deposit into the Registry of the Court the proceeds (the "Proceeds") of Life Insurance Policy No. H00330404 (the "Policy") in the amount of Fifty Thousand Dollars ($50,000.00) and all accrued interest thereon, through the date of the Court's entry of this Order.

3. The Clerk of Court is directed to deposit the funds into an interest-bearing account with an authorized depository, as specified in the Order Regarding Deposit and

Investment of Registry Funds,[1] dated February 8, 2017, and to retain such funds on deposit until further order of the Court.

    4.      Nature of the deposit: <u>Ordinary "disputed ownership funds" (CRIS DOF)</u>. This Court finds and concludes that the funds to be deposited are interpleader funds, or other funds which qualify as "disputed ownership funds" as that term is defined by the Internal Revenue Service (26 C.F.R. §1.468B-9(b)(1)). Accordingly, the Administrative Office of the United States Courts is hereby authorized and directed to administer the funds, charge fees, and withhold and pay taxes, under its Disputed Ownership Funds system. (CRIS DOF).

    5.      Upon deposit of the Proceeds of the Policy into the Registry of the Court as specified in Paragraph 2 above, Protective is discharged from any further liability with respect to, affecting, or in any way arising out of the Policy.

    6.      Interpleader Defendants Charma Hughes Haskins, Antonio Hughes, TaQuita Reynolds, and Walter Baxter (collectively, the "Claimants") are permanently enjoined from instituting or prosecuting any other proceeding against Protective with respect to the rights to and Proceeds of the Policy and interest and any and all claims that were or could have been raised in this action against Protective relating to the Policy.

    7.      Any person not yet joined as a party to this action who may make a claim for, or be entitled to, the Proceeds of the Policy and interest thereon is joined and subject to Paragraph 6 above.

    8.      Judgment of Interpleader shall be entered in favor of Protective. All claims actually asserted or which might have been asserted against Protective herein are hereby

---

[1] The Order Regarding Deposit and Investment of Registry Funds, dated February 8, 2017, may be found on the website for the United States District Court for the Northern District of Mississippi.

2

DISMISSED WITH PREJUDICE, and Protective is hereby DISMISSED WITH PREJUDICE FROM THIS ACTION.

SO ORDERED AND ADJUDGED this 28th day of March, 2019.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE