UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | | |
|---|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY, | ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No. 3:18CV269-NBB-JMV |
| CHARMA HUGHES HASKINS ANTONIO HUGHES TAQUITA REYNOLDS and WALTER BAXTER | ) ) ) ) ) | |
| *Defendants.* | ) ) | |

## AGREED ORDER

This cause comes before this Court this date on the ore tenus motion of the remaining parties, Charma Hughes Haskins, Antonio Hughes, Taquita Reynolds and Walter Baxter. The Court, being fully advised in the premises, finds the following:

1.     Original Plaintiff Protective Life Insurance Company ("Protective Life"), attempted service of process on Defendant Taquita Reynolds. It came to the Court's attention after Protective Life interpled the insurance proceeds at issue and was dismissed from the case, that service of process appears to be defective.

2.     The parties agreed, however, that it is in the best interests of all originally named Defendants to allow the case to proceed without Protective Life and each Defendant agrees, in consideration for Protective Life having interpled the funds, to the dismissal of Protective Life from the Case. The Court concurs with the agreement of the parties in this respect.

1

3.      Original defendants Charma Hughes Haskins and Antonio Hughes filed their answer in this matter and filed cross claims against Tauqita Reynolds and Walter Baxter. The Cross Claimants received Entries of Default against both Cross Defendants. However, it has again been determined by the Court, that process on the Cross Defendants appears to have also been defective. The Court sets aside the Entries of Default against Cross Defendants Baxter and Reynolds.

4.      Walter Baxter having agreed to waive any further Service issues, has answered the Cross Complaint and his answer is deemed timely filed.

5.      Taquita Reynolds has filed an entry of appearance in this matter. Ms. Reynolds agrees to waive any other Service issues with respect to both the original complaint and cross complaint and will have 30 days from the date of her entry of appearance to file an answer to the Cross Complaint.

6.      Defendants / Cross Plaintiffs Charma Hughes Haskins and Antonio Hughes waive any service of process issues regarding the original complaint.

SO ORDERED ADJUDGED AND DECREED, this the 16th day of August September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

APPROVED FOR ENTRY:

_____
By: BRAD WALSH, MS #9910
The Walsh Law Firm, PC
265 N. Lamar, Suite W
Oxford, MS 38655
bwalsh@thewalshlawfirm.com
Attorney for Defendants
Charma Hughes Haskins & Antonio Hughes

2

TAQUITA REYNOLDS, *Pro Se*
3832 2nd Place West
Birmingham, AL 35207
quita46.tr3@gmail.com

GORDON C. SHAW, JR., #102881
Graves, Smith, Palmertree, & Shaw, PLLC
P. O. Drawer 969
Hernando, MS 38632
Attorneys for Defendant Walter Baxter

3