UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY, | ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) Case No. 3:18CV269-NBB-JMV |
| CHARMA HUGHES HASKINS ANTONIO HUGHES TAQUITA REYNOLDS and WALTER BAXTER | ) ) ) ) ) ) |
| *Defendants.* | ) |

### AGREED ORDER

Being advised that the Parties have reached a complete compromise agreement and settlement of all claims in this cause, the Court hereby Orders:

1. By signature of counsel for Charma Hughes Haskins and Antonio Hughes, Counter-Plaintiffs in this Cause, each agrees to dismiss their claims against Taquita Reynolds and Walter Baxter, with prejudice.

2. The Attorneys of Record and Taquita Reynolds, appearing *pro se* stipulate and agree that each party is to bear their own attorney's fees and costs.

3. That the Clerk of the Court is to divide any funds on deposit with the Court from the initial plaintiff, Protective Life Insurance Company as follows:

1

    a. The sum of $2,000.00 plus 4% of the total interest accrued on the funds currently held by the Clerk of the Court to Taquita Reynolds to be delivered to her at her address of record.

    b. The sum of $2,000.00 plus 4% of the total interest accrued on the funds currently held by the Clerk of the Court to Walter Baxter to be delivered to his counsel of record, Gordon Charles Shaw at his address of record.

    c. One half of the balance plus 46% of the total interest accrued on the funds currently held by the Clerk of the Court to be paid to Charma Hughes Haskins.

    d. The other half of the balance plus 46% of the total interest accrued on the funds currently held by the Clerk of the Court to be paid to Antonio Hughes.

    e. The funds to be paid to Mrs. Haskins and Mr. Hughes shall be delivered to their counsel of record, Brad Walsh at his address of record.

4. The parties waive any further procedural steps before the Judge. The Court is advised by the parties that the Court will retain jurisdiction over this matter for purposes of enforcement of the Settlement Agreement terms.

SO ORDERED AND ADJUDGED on this the 17th day November, 2020.

_____
JUDGE JANE M. VIRDEN
MAGISTRATE JUDGE

2

AGREED AND APPROVED FOR ENTRY BY:

____s/ Douglas B. Walsh_____

**DOUGLAS B. WALSH,**
Mississippi Bar No. 9910
THE WALSH LAW FIRM, PC
265 North Lamar, Suite W
Oxford, Mississippi 38655
Tel: (662) 281-5790
bwalsh@thewalshlawfirm.com

*Attorneys for Cross Claim Plaintiffs Charma Hughes Haskins and Antonio Hughes*

____s/ Gordon Charles Shaw_____

**GORDON CHARLES SHAW,**
Mississippi Bar No.
GRAVES, SMITH, PALMERTREE, & SHAW, PLLC
140 W. Center Street
Hernando, MS 38632
662-429-9302
gshaw@gravessmith.com

*Attorneys for Cross Claim Defendant Walter Baxter*



**TAQUITA REYNOLDS**
*Pro Se*
832 - 2nd Place West
Birmingham, AL 35207
205-306-7089
Quita46.tr3@gmail.com

*Cross Defendant*

3