# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**PROTECTIVE LIFE INSURANCE COMPANY**　　　　　　　　**PLAINTIFF**

**VS.**　　　　　　　　**CIVIL ACTION NO.: 3:18cv269-JMV**

**CHARMA HUGHES HASKINS**
**ANTONIO HUGHES**
**TAQUITA REYNOLDS**
**and WALTER BAXTER**　　　　　　　　**DEFENDANTS**

## ORDER DISMISSING AND CLOSING CASE

Consistent with [97] Agreed Order representing a complete compromise agreement and settlement of all claims and now that the Clerk of the Court has properly disbursed the funds in accordance to agreed terms in this cause, the Court hereby directs the Clerk of the Court to close this case.

SO ORDERED, this, the 8th day of February, 2021.

_____
UNITED STATES MAGISTRATE JUDGE